**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carsten Lee,

Plaintiff

v.

Key Insurance Company, et al.,

Defendants

Case No. 2:24-cv-01747-JAD-EJY

**Order Granting Request for Voluntary Dismissal**

ECF No. 33

Plaintiff Carsten Lee moves to dismiss this action with prejudice as the claims have been resolved. With good cause appearing and no opposition having been filed, IT IS ORDERED that the motion to dismiss with prejudice **[ECF No. 33] is GRANTED. This case is dismissed.** The Clerk of Court is directed to **CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
August 17, 2026